# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Leonardo Perez Cardenas,<br>a.k.a.: Leonardo Perez-Cardenas,<br>(A099 827 355)<br>*Defendant* | Case No. 17-390 MJ |

NTA
9/23/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Leonardo Perez Cardenas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 2, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 21, 2017, Leonardo Perez Cardenas was booked into the Maricopa County Jail (MCJ) facility by the Arizona Department of Public Safety on local charges. While in custody at the MCJ, Perez Cardenas was encountered by ICE Officer G. Lindros who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 22, 2017, Perez Cardenas was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Ramirez-Ramos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Leonardo Perez Cardenas to be a citizen of Mexico and a previously deported criminal alien. Perez Cardenas was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 2, 2006, pursuant to an order of removal issued by an immigration official. There is no record of Perez Cardenas in any Department of Homeland Security database to suggest that

1

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perez Cardenas' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Leonardo Perez Cardenas was convicted of Possession or Use of Dangerous Drugs, a felony offense, on September 12, 2005, in the Superior Court of Arizona, Maricopa County. Perez Cardenas was sentenced to three (3) years' probation. Perez Cardenas' criminal history was matched to him by electronic fingerprint comparison.

5. On September 23, 2017, Leonardo Perez Cardenas was advised of his constitutional rights. Perez Cardenas freely and willingly acknowledged his rights and and agreed to provide a statement under oath. Perez Cardenas stated that his true and complete name is Leonardo Perez Cardenas and that he is a citizen of Mexico. Perez Cardenas stated that he illegally entered the United States in November 2016, through Nogales. Perez Cardenas further stated that he had been removed from the United States to Mexico on one (1) occasion and he did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 21, 2017, Leonardo Perez Cardenas, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 2, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland

Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 25th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge